# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION - DETROIT

In The Matter Of:                                         In Bankruptcy:

YOLANDA DENNIS,                                           Case No. 09-43550-R
                                                          Chapter 7
                                                          Hon. Steven W. Rhodes

                   Debtor.
_____/

## RESPONSE TO DEBTOR'S MOTION TO COMPEL
## THE TRUSTEE TO DISBURSE FUNDS TO THE DEBTOR

      Gene R. Kohut, Chapter 7 Trustee, by and through his attorney, Kohut Law Group,

P.L.L.C. states as follows:

      1.    The Debtor, pro se, filed a motion directing the Trustee to disburse funds recovered

by the Trustee to the Debtor.

      2.    Debtor filed her petition on February 9, 2009.

      3.    The Trustee discovered that the Debtor was a party to three (3) personal injury

lawsuits which the Debtor failed to disclose.

      4.    The Trustee employed special counsel to prosecute to the claims.

      5.    The Trustee through special counsel resolved one of the claims and filed a motion to

approve the settlement.

      6.    Subsequently the Debtor filed an amendment to her schedules to disclose and exempt

the claim(s) pursuant to 11 U.S.C. §522(d)(11)(D) in the amount of $22,000.

      7.    The Trustee met and conferred with Debtor's counsel and in lieu of objecting to the

exemptions agreed to settle the Trustee's objections in the amount of $3,000. An order was

entered allowing the settlement with the Debtor on February 26, 2010.

      8.    Those funds were paid to the debtor.

9. The last of the three claims was settled and approved in December of 2010.

10. The final settlement funds were not paid by the City of Detroit until June 23, 2011.

11. Subsequently, the Trustee reviewed all claims and filed claims pursuant to his duty under the Bankruptcy Code.

12. The Trustee has now collected all funds and is in the process of preparing the case for closing.

13. The Debtor has received the funds pursuant to the Order Resolving the Trustee's Objections to Exemptions. Any additional funds the Debtor may receive would be the result of a surplus if one is available after all administrative expenses and unsecured creditors have been paid in full.

WHEREFORE, the Trustee requests this Honorable Court to deny the relief requested by the Debtor.

Respectfully Submitted,

KOHUT LAW GROUP, P.L.L.C.


/s/ Gene R. Kohut
Attorney for Trustee
21 Kercheval Avenue, Suite 285
Grosse Pointe Farms, MI 48236
Phone: (313) 886-9765
E-mail: ecftrustee@gktrustee.com
Dated:  September 19, 2011          [P47413]

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

In The Matter Of:                                        In Bankruptcy:

YOLANDA DENNIS,                                          Case No. 09-43550-R
                                                         Chapter 7
                                                         Hon. Steven W. Rhodes

        Debtor.
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2011, I served the following Papers:

        Trustee's Response to Debtor's Motion Directing Trustee to Disburse Funds to
        Debtor, and Certificate of Service

on the following non-ECF parties at these addresses:

        Yolanda Dennis
        22428 Bruce
        Warren, MI 48091

by the following means:

        First Class Mail.

        /s/ Meghan A. Habib
        21 Kercheval Avenue, Suite 285
        Grosse Pointe Farms, MI 48236
        (313) 886-9765
Executed on: September 19, 2011        ecftrustee@gktrustee.com